# Court of Appeals
# of the State of Georgia

ATLANTA,  January 19, 2023

*The Court of Appeals hereby passes the following order:*

## A23A0661. JOHN ROBERT HARRIS v. SHACONDA DAVIS et al.

This case originated as a suit in magistrate court for the return of a down payment. After the magistrate court found in favor of plaintiffs Shaconda Davis and Denita Fowler in the amount of $5,096, defendant John Robert Harris appealed to the superior court. Harris failed to appear for trial, and the superior court entered a final order dismissing the case. Harris then filed this direct appeal. We lack jurisdiction for two reasons.

First, OCGA § 5-6-35 (a) (6) requires the filing of an application for discretionary appeal in all actions for damages in which the judgment is $10,000 or less. See *Jennings v. Moss*, 235 Ga. App. 357 (509 SE2d 655) (1998). Because the judgment in this case was in an amount less than $10,000, an application for discretionary appeal was required. Second, because the order at issue concerns a de novo appeal to superior court from a magistrate court decision, OCGA § 5-6-35 (a) (1) required Harris to follow the discretionary appeal procedures. See *English v. Delbridge*, 216 Ga. App. 366, 367 (454 SE2d 175) (1995). For these reasons, this appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  01/19/2023*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*